UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:24-CR-96 |
| ) | JUDGE CORKER |
| MICHAEL SELL ) | |
|   also known as "Sweeney," ) | |
| CHRISTOPHER JONES, ) | |
| DAVID STRAUGHTER, ) | |
| CHRISTIAN BLADE CASH, ) | |
|   also known as "Peso," ) | |
| JONELLE O'BRIEN, ) | |
| ELIJAH TAYLOR ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about October 2022, and continuing to in or about July 2023, in the Eastern District of Tennessee and elsewhere, the defendants, MICHAEL SELL, also known as "Sweeney," CHRISTOPHER JONES, DAVID STRAUGHTER, CHRISTIAN BLADE CASH, also known as "Peso," JONELLE O'BRIEN, ELIJAH TAYLOR, and other persons known and unknown to the grand jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the grand jury, to commit the following offense against the United States of America: the distribution of 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that from in or about October 2022 and continuing to in or about July 2023, in the Eastern District of Tennessee and elsewhere, the defendants, CHRISTIAN BLADE CASH, also known as "Peso," JONELLE O'BRIEN, and other persons known and unknown to the grand jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the grand jury, to commit the following offense against the United States of America: the distribution of 500 grams or more of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(B)]

## COUNT THREE

The Grand Jury further charges that from in or about October 2022 and continuing to in or about July 2023, in the Eastern District of Tennessee and elsewhere, the defendants, MICHAEL SELL, also known as "Sweeney," CHRISTOPHER JONES, CHRISTIAN BLADE CASH, also known as "Peso," JONELLE O'BRIEN, and other persons known and unknown to the grand jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the grand jury, to commit the following offense against the United States of America: the distribution of 400 grams more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

## COUNT FOUR

The Grand Jury further charges that from in or about October 2022 and continuing to in or about July 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count Two, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FIVE

The Grand Jury further charges that from in or about October 2022 and continuing to in or about July 2023, within the Eastern District of Tennessee, the defendant, MICHAEL SELL, did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count One, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SIX

The Grand Jury further charges that on or about July 29, 2023, within the Eastern District of Tennessee, the defendants, CHRISTOPHER JONES and JONELLE O'BRIEN, aided and abetted by each other, did knowingly discharge firearms in furtherance of a drug trafficking offense as charged in Count One, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), which is hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A)(iii) and 2]

## COUNT SEVEN

The Grand Jury further charges that from in or about June 2023 and continuing to in or about December 2023, within the Eastern District of Tennessee, the defendant, ELIJAH TAYLOR, did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count One, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT EIGHT

The Grand Jury further charges that from in or about November 2021 and continuing to in or about September 2023, within the Eastern District of Tennessee, the defendant, MICHAEL SELL, also known as "Sweeney," did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count One, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT NINE

The Grand Jury further charges that on or about September 28, 2023, within the Eastern District of Tennessee, the defendants, CHRISTOPHER JONES and JONELLE O'BRIEN, aided and abetted by each other, did knowingly, intentionally, and without authority possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2]

## COUNT TEN

The Grand Jury further charges that on about September 28, 2023, within the Eastern District of Tennessee, the defendants, CHRISTOPHER JONES and JONELLE O'BRIEN, aided and abetted by each other did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count Nine, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2]

## COUNT ELEVEN

The Grand Jury further charges that on or about June 21, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, did knowingly, intentionally, and without authority possess with the intent to distribute 40 grams more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. § 841(a)(1), (b)(1)(B)]

## COUNT TWELVE

The Grand Jury further charges that on or about June 21, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, did knowingly, intentionally, and without authority possess with the intent to distribute possess with the intent to distribute cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTEEN

The Grand Jury further charges that on or about February 28, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Sig Sauer, model P365, 9mm caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT FOURTEEN

The Grand Jury further charges that on or about April 13, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 48, 9mm caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT FIFTEEN

The Grand Jury further charges that on or about April 13, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a HS Produkt (Springfield Armory), model XDs, .45 caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT SIXTEEN

The Grand Jury further charges that on or about April 13, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 22, .40 caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT SEVENTEEN

The Grand Jury further charges that on or about April 14, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 19, 9mm caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT EIGHTEEN

The Grand Jury further charges that on or about April 14, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model

26, 9mm caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### COUNT NINETEEN

The Grand Jury further charges that on or about April 14, 2023, within the Eastern District of Tennessee, the defendant, CHRISTIAN BLADE CASH, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 30, .45 caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### COUNT TWENTY

The Grand Jury further charges that on or about June 8, 2023, within the Eastern District of Tennessee, the defendant, ELIJAH TAYLOR, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Harrington and Richardson 12-gauge shotgun, which had been shipped and transported in interstate commerce. The Grand Jury further alleges that, before the defendant committed this offense, the defendant had at least three prior convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another, in violation of 18 U.S.C § 924(e)(1).

[18 U.S.C. § 922(g)(1) and 924(e)(1)]

## COUNT TWENTY-ONE

The Grand Jury further charges that on or about July 4, 2023, within the Eastern District of Tennessee, the defendant, ELIJAH TAYLOR, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Taurus, model PT27/7 PRO, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce. The Grand Jury further alleges that, before the defendant committed this offense, the defendant had at least three prior convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another, in violation of 18 U.S.C § 924(e)(1).
[18 U.S.C. § 922(g)(1) and 924(e)(1)]

## COUNT TWENTY-TWO

The Grand Jury further charges that on or about July 20, 2023, within the Eastern District of Tennessee, the defendant, MICHAEL SELL, also known as "Sweeney," knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in commerce and affecting commerce, firearms, namely, a Glock, model 48, 9mm caliber semi-automatic pistol, a Glock, model 22, .40 caliber semi-automatic pistol, and a TNW Firearms, Inc., model ASP, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.
[18 U.S.C. § 922(g)(1)]

A TRUE BILL:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: *(signature)*
J. GREGORY BOWMAN
Assistant U.S. Attorney

*(signature)* for:
ANCHARLENE D. DAVIS
Special Assistant U.S. Attorney